DANIEL W. E. PARSONS *v.* ROBERT H. RUTHERFORD, ADMR.

**APPEAL.** *Estoppel to prosecute. Consent to decree. Acceptance of proceeds.*
   A creditor of the estate of a decedent who was a party to a suit
   by which title to land was adjudged to have been in the de-
   cedent at the time of her death and the decree in which ordered
   the land sold to pay debts, is estopped to appeal therefrom after
   the sale has been made, and, by his consent, confirmed and he
   has received the sum due him from the estate out of its proceeds.

FROM the chancery court of Madison county.

HON. HENRY C. CONN, Chancellor.

Rutherford, administrator of the estate of Ann E. Parsons,
deceased, was the complainant; and Parsons, appellant, de-
fendant in the court below. From a decree adjudging the title
to some lands to have been in the decedent at the time of her
death, and ordering it sold to pay the debts probated against
the estate, Parsons appealed to the supreme court. It appeared
that appellant, Parsons, was a creditor of the estate; that after
the rendition of the decree appealed from a sale of the lands was
made thereunder and the lands sold for a sum sufficient to pay
all of the debts; that the sale was reported to the court, and the
appellant, Parsons, signed a petition to the court asking that
said sale should be confirmed, and it was thereupon confirmed,
and the appellant, Parsons, accepted from the administrator,
appellee, payment in full of his debt against the estate of the
decedent from the proceeds of the sale.

*Harris & Powell,* for appellant.

*J. B. Chrisman,* for appellee.

WHITFIELD, C. J., delivered the opinion of the court.

D. W. E Parsons, the appellant, instead of appealing from the
decree rendered September 23, 1902, establishing Ann Par-

sons' title to the land involved, and ordering it sold, to pay her creditors, of whom appellant was himself the largest one, allowed the sale to be made, and received his debt in full out of the proceeds of the sale, and on December 9, 1902, signed the following paper:

"The State of Mississippi, Madison county. In the chancery court before the chancellor in vacation. We have examined the report of R. H. Rutherford, administrator of the estate of Ann E. Parsons, deceased, making sale of certain real estate therein described, and we all unite in asking the confirmation thereof in vacation. J. Downs, attorney for administrator. A. Tuteur. H. B. Greaves, attorney of record of D. W. E. Parsons. December 9, 1902."

In pursuance of this request and the previous proceedings, the chancellor on December 15, 1902, confirmed the sale, and again, on February 23, 1903, confirmed the sale in term time, ordering a deed made to the purchaser, Tuteur. After all this had been done, on December 1, 1903, this appellant prayed this appeal. It is perfectly clear that he is estopped by his conduct appearing on the face of the record in this cause to prosecute this appeal.

*Wherefore the said appeal is dismissed.*